UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 16-40050-MGD |
| Craig Tyrone Bartley and ) | |
| Amanda Jo Bartley, ) | |
| ) | CHAPTER 7 |
| Debtor. ) | |

**AMENDMENT TO SCHEDULE C, STATEMENT OF INTENTION, AND FORM 106SUM**

COME NOW, Craig Tyrone Bartley and Amanda Jo Bartley, Debtors in the above-styled case, by and through the undersigned Counsel, amend Schedule C, Statement of Intention, and Form 106Sum as follows:

**1.**

Debtors amend Schedule C to update the exemptions.

**2.**

Debtor amends to include the Statement of Intention in their filings.

**3.**

Debtors amend the Form 106Sum accordingly.

This 8th day of April, 2016.

                                                 Respectfully submitted,

                                                 __/s/ Dan Saeger_____
                                                 Dan Saeger
                                                 Attorney for the Debtor
                                                 GA Bar No.:  680628

RICKMAN & ASSOCIATES, PC
1755 North Brown Road, Suite 200
Lawrenceville, GA 30043
(P) 678-500-9546
(F) 678-391-4422
bk@thegeorgialawfirm.com

## DECLARATION

We, Craig Tyrone Bartley and Amanda Jo Bartley, named as Debtors in this case, declare under penalty of perjury that we have read the forgoing Amendment and it is true and correct to the best of our information and belief.

This 8th day of April, 2016.


/s/Dan Saeger_____                /s/_____
Dan Saeger                              Craig Tyrone Bartley, Debtor
Georgia Bar No. 680628
RICKMAN & ASSOCIATES, PC                /s/_____
1755 North Brown Road, Suite 200        Amanda Jo Bartley, Co-Debtor
Lawrenceville, GA 30043
(P) 678-500-9546
(F) 678-391-4422
bk@thegeorgialawfirm.com

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Craig** | **Tyrone** | **Bartley** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA, ROME DIVISION

Case number (if known): 16-40050

■ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 1 Exemptions** | | | |
| **2004 Ford Explorer**<br>Line from *Schedule A/B*: **3.1** | $3,500.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(3) |
| **Misc Household Goods**<br>Line from *Schedule A/B*: **6.1** | $3,000.00 | ■ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **Wearing Apparel**<br>Line from *Schedule A/B*: **11.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **Jewelry**<br>Line from *Schedule A/B*: **14.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(5) |
| **Wells Fargo Checking Account**<br>Line from *Schedule A/B*: **17.1** | $100.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **401K - Fidelity**<br>Line from *Schedule A/B*: **21.1** | $2,000.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(2)(F)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

**Fill in this information to identify your case:**

Debtor 1 _____
First Name         Middle Name         Last Name

Debtor 2   **Amanda Jo Bartley**
(Spouse if, filing)   First Name         Middle Name         Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA, ROME DIVISION

Case number  **16-40050**
(if known)

■ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:**  **Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 2 Exemptions**<br>Brief description:<br>Line from *Schedule A/B*: | _____ | ☐ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   ☐ No
   ☐ Yes

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Craig** | **Tyrone** | **Bartley** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Amanda** | **Jo** | **Bartley** |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA, ROME DIVISION | | |
| Case number (if known) | 16-40050 | | |

■ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7   12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1:   List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br><br>☐ Yes |
| Creditor's | ☐ Surrender the property. | ☐ No |

Official Form 108             Statement of Intention for Individuals Filing Under Chapter 7             page 1

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| | | | |
|---|---|---|---|
| Debtor 1 Debtor 2 name: | **Bartley, Craig Tyrone & Bartley, Amanda Jo** | Case number *(if known)* | **16-40050** |

Description of property securing debt:

☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

☐ Yes

---

**Part 2:  List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |

---

**Part 3:  Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X **/s/ Bartley, Craig Tyrone**
**Craig Tyrone Bartley**
Signature of Debtor 1

Date **April 8, 2016**

X **/s/ Bartley, Amanda Jo**
**Amanda Jo Bartley**
Signature of Debtor 2

Date **April 8, 2016**

---

Official Form 108    Statement of Intention for Individuals Filing Under Chapter 7    page 2

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Craig Tyrone Bartley** | |
| | First Name       Middle Name       Last Name | |
| Debtor 2 | **Amanda Jo Bartley** | |
| (Spouse if, filing) | First Name       Middle Name       Last Name | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA, ROME DIVISION | |
| Case number (if known) | 16-40050 | |

■ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B........................................................ $ **0.00**
   1b. Copy line 62, Total personal property, from Schedule A/B............................................. $ **10,100.00**
   1c. Copy line 63, Total of all property on Schedule A/B...................................................... $ **10,100.00**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*     $ **14,864.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... $ **2,724.00**
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*......................... $ **63,526.00**

**Your total liabilities** $ **81,114.00**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*................................................................ $ **2,034.14**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*........................................................................ $ **1,824.15**

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ■ Yes

7. **What kind of debt do you have?**
   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

| Debtor 1 | | |
|---|---|---|
| Debtor 2 | Bartley, Craig Tyrone & Bartley, Amanda Jo | Case number *(if known)* **16-40050** |

8. **From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                          $ _____ **5,545.45**

9. **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 2,724.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 51,049.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 53,773.00 |

## CERTIFICATE OF SERVICE

I certify that true and correct copies of Debtors' Amendment to Schedule C, Statement of Intention, and Form 106Sum have been served upon the following by placing same in an envelope with adequate First Class postage affixed and depositing same in the United States Mail addressed for delivery to:

Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street NE
Atlanta, GA 30303

Craig Bartley
Amanda Bartley
357 Whitmire Circle
Tunnel Hill, GA 30755

And all Creditors on attached Matrix.

Dated:  April 8, 2016

/s/
Dan Saeger
Attorney for Debtors
Georgia Bar No. 680628

RICKMAN & ASSOCIATES, PC
1755 North Brown Road, Suite 200
Lawrenceville, GA 30043
(P) 678-500-9546
(F) 678-391-4422
bk@thegeorgialawfirm.com

```
Label Matrix for local noticing          Account Resolution Servicer           AmSher Collection Agency
113E-4                                   1643 NW 136th Ave Ste 100             4524 Southlake Pkwy Ste 15
Case 16-40050-mgd                        Sunrise, FL  33323-2857               Birmingham, AL  35244-3271
Northern District of Georgia
Rome
Fri Feb 19 15:55:22 EST 2016

American InfoSource LP as agent for      BB&T, Bankruptcy Section              Amanda Jo Bartley
T Mobile/T-Mobile USA Inc                100-50-01-51                          357 Whitmire Cir
PO Box 248848                            P.O. Box 1847                         Tunnel Hill, GA 30755-9634
Oklahoma City, OK  73124-8848            Wilson, NC 27894-1847


Craig Tyrone Bartley                     Capital One Bank                      Capital One Bank (USA), N.A.
357 Whitmire Cir                         PO Box 30281                          by American InfoSource LP as agent
Tunnel Hill, GA 30755-9634               Salt Lake City, UT  84130-0281        PO Box 71083
                                                                               Charlotte, NC  28272-1083


Cohutta Banking Company                  Comenity Bank/Lane Bryant             Courtesy Finance
Division of Synovus Bank                 PO Box 182789                         689 Battlefield Pkwy
1501 N Thornton Ave                      Columbus, OH  43218-2789              Fort Oglethorpe, GA  30742-3850
Dalton, GA  30720-3091


Courtesy Finance of Georgia, LLC         Emergency Coverage Corp               Enhanced Recovery Company
PO Box 501299                            PO Box 1900                           PO Box 57547
Atlanta, GA 31150-1299                   Dalton, GA  30722-1900                Jacksonville, FL  32241-7547


First Premier Bank                       (p)GEORGIA DEPARTMENT OF REVENUE      Hamilton Emergency Dept.
3820 N Louise Ave                        COMPLIANCE DIVISION                   PO Box 1900
Sioux Falls, SD  57107-0145              ARCS BANKRUPTCY                       Dalton, GA  30722-1900
                                         1800 CENTURY BLVD NE SUITE 9100
                                         ATLANTA GA 30345-3202


Hamilton Medical Center                  LVNV Funding LLC                      Mid America Bank
PO Box 1900                              PO Box 10497                          2317 Milton Ave
Dalton, GA  30722-1900                   Greenville, SC  29603-0497            Janesville, WI 53545-1165


Navient                                  Navient Solutions, Inc. on behalf of  North Georgia Regional Collection Agency
PO Box 9500                              United Student Aid Funds, Inc.        PO Box 1949
Wilkes Barre, PA  18773-9500             Attn: Bankruptcy Litigation Unit E3149 Dalton, GA  30722-1949
                                         PO Box 9430
                                         Wilkes Barre, PA 18773-9430


Northeast Credit Collections             (p)PORTFOLIO RECOVERY ASSOCIATES LLC  Revenue Recovery Corporation
c/o Commonwealth Financial               PO BOX 41067                          PO Box 50250
245 Main St                              NORFOLK VA 23541-1067                 Knoxville, TN  37950-0250
Dickson City, PA  18519-1641


Robert Rickman                           SE Emergency Physicians               Sunrise Acceptance
Rickman & Associates, PC                 3429 Regal Dr                         1800 Mount Vernon Dr NW
Suite 200                                Alcoa, TN  37701-3265                 Cleveland, TN  37311-3500
1755 North Brown Road
Lawrenceville, GA 30043-8196
```

| | | |
|---|---|---|
| Syncb/Sams<br>PO Box 965005<br>Orlando, FL  32896-5005 | TMobile<br>12920 SE 38th St<br>Bellevue, WA  98006-7305 | Terry L. Miller<br>PO Box 668<br>Dalton, GA  30722-0668 |
| Tidewater Motor Credit<br>c/o Charles T Day<br>1790 Atkinson Rd Ste F<br>Lawrenceville, GA  30043-7989 | Toccoa Finance Company<br>PO Box 1727<br>Pelham, AL  35124-5727 | Mary Ida Townson<br>Chapter 13 Trustee<br>Suite 2200<br>191 Peachtree Street, NE<br>Atlanta, GA 30303-1770 |
| US Department of Education<br>PO Box 5609<br>Greenville, TX  75403-5609 | Whitfield COunty Superior Court<br>15-CI-00810<br>205 N Selvidge St<br>Dalton, GA  30720-4291 | Windstream Communication<br>4001 N Rodney Parham Rd<br>Little Rock, AR  72212-2459 |


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


| | | |
|---|---|---|
| Georgia Department of Revenue<br>1800 Century Blvd NE<br>Atlanta, GA  30345-3202 | Portfolio Recovery Associates, LLC<br>120 Corporate Blvd<br>Norfolk, VA  23502-4962 | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients     0<br>Total                  38 |